# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 17, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145275

ROBERT KENNETH BURKOWSKI,

        Plaintiff-Appellant,

v

MICHIGAN REFORMATORY WARDEN,

        Defendant-Appellee.

_____

SC: 145275
CoA: 309583

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of June 14, 2012, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 17, 2012

jam

Clerk